## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| STEVEN THOMPSON AND TALISHA EVANS     Plaintiffs(s), | § § § § | |
| v. | § § | CIVIL ACTION NO. 2:17-CV-646 |
| BOBBY BROWN, AVIS BUDGET CAR RENTAL, LLC, and PEL-STATE BULK PLANT, LLC     Defendant(s). | § § § § § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Agreed Stipulation filed by Plaintiffs Steven Thompson and Talisha Evans and Defendant Pel-State Bulk Plant, LLC. (Dkt. No. 22.) Having considered the Stipulation, the Court hereby **ORDERS** that all of Plaintiffs Steven Thompson and Talisha Evans's causes of action against Defendant Pel-State Bulk Plant, LLC in the above-styled and numbered cause are **DISMISSED WITHOUT PREJUDICE**, and that costs are taxed against the parties incurring same. Any and all pending motions that are presently unresolved by the Court are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 5th day of March, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE